**Order entered November 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01263-CV

## MARK JORDAN, Appellant

### V.

## JP BENT TREE, LP, JP ABERDEEN PARTNERS, LP, JP-2400 LAKESIDE, LP, RE CLOSING, LLC, AND JP-LAKESIDE JOINT VENTURE, Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-07168

## ORDER

Before the Court is appellant's November 22, 2019 unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 6, 2020. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE